B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re: ESTELL LEWIS HINTON　　　　　　　　　　　　　　　Case No. 18-29537

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NWL Company, LLC | Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1134

Court Claim # (if known): 15-6
Amount of Claim: $155,973.47
Date Claim Filed: 02/15/2019

Phone: (800) 603-0836
Last Four Digits of Acct. #: 5289

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1134

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amitkumar Sharma　　　　　　　　　　　　　　　Date: 05/07/2021
　　AIS Portfolio Services, LP as agent
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| Case Name: | ESTELL LEWIS HINTON | ) ) ) ) | Case No.: Judge: Chapter: | 18-29537 David S. Kennedy 13 |
|---|---|---|---|---|

### CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 05/07/2021 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), NWL Company, LLC filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 05/07/2021 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
ESTELL LEWIS HINTON
7652 SANDY BROOK COVE,
MEMPHIS, TN 38125

I hereby certify that on 05/07/2021 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
GEORGE W STEVENSON
5350 POPLAR AVENUE SUITE 500,
MEMPHIS, TN 38119

Debtor's counsel:
JEROME C PAYNE PC
JEROME C PAYNE
POPLAR WEST BUSINESS CENTER, 605 POPLAR AVENUE SUITE 102
MEMPHIS, TN 38105

All Parties in Interest
All Parties requesting Notice

By: /s/ Amitkumar Sharma
Amitkumar Sharma, AIS Portfolio Services, LP as agent Transferee/Transferee's Agent